

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Rejeanne M. Bernier et al,

**Plaintiff,**

V.

Ricardo Lara et al,

**Defendant.**

FILED

2020-01-07

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:   T. Ferris , Deputy

**Civil No.**  20-cv-046-MMA-BLM

**STRICKEN DOCUMENT:**

Complaint

**Per Order #**     5

1